**Dismiss and Opinion Filed June 4, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00646-CR

**ERNESTO MARTINEZ MANDUJANO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F14-51964-Q**

## MEMORANDUM OPINION

Before Justices Moseley, O'Neill, and FitzGerald
Opinion by Justice Moseley

Ernesto Martinez Mandujano pleaded guilty to possession with intent to deliver a controlled substance in an amount of four grams or more but less than 200 grams. Pursuant to a plea agreement, the trial court sentenced appellant to eleven years' imprisonment. Appellant waived his right to appeal as part of the plea agreement. *See Blanco v. State*, 18 S.W.3d 218, 219–20 (Tex. Crim. App. 2000). The trial court certified that appellant does not have the right to appeal. *See* TEX. R. APP. P. 25.2(a), (d); *Dears v. State*, 154 S.W.3d 610 (Tex. Crim. App. 2005). We dismiss the appeal for want of jurisdiction.

/Jim Moseley
JIM MOSELEY
JUSTICE

Do Not Publish
TEX. R. APP. P. 47
140646F.U05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

ERNESTO MARTINEZ MANDUJANO,
Appellant

No. 05-14-00646-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the 204th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. F14-51964-Q.
Opinion delivered by Justice Moseley,
Justices O'Neill and FitzGerald
participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered this 4th day of June, 2014.

/Jim Moseley/
JIM MOSELEY
JUSTICE